No. 88–1210.  RIVERA *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–1217.  CITY OF FORT LAUDERDALE ET AL. *v.* A. A. PROFILES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 88–1223.  MASSACHUSETTS ET AL. *v.* UNITED STATES DEPARTMENT OF DEFENSE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 88–1239.  VIOLA *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 88–1358.  FUCHS ET AL. *v.* RURAL ELECTRIC CONVENIENCE COOPERATIVE, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–1360.  UNITED STATES FIRE INSURANCE CO. *v.* FEDERAL INSURANCE CO.  C. A. 2d Cir.  Certiorari denied.

No. 88–1361.  WALLS *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 88–1362.  MCCALL *v.* DUTTON, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 88–1363.  NEYHARD, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NEYHARD *v.* STATE FARM INSURANCE CO.  Super. Ct. Pa.  Certiorari denied.

No. 88–1364.  AVERETTE ET UX. *v.* TRIPLE CREEK CORP.  Sup. Ct. Ga.  Certiorari denied.

No. 88–1365.  FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. *v.* RYAN.  C. A. 3d Cir.  Certiorari denied.

No. 88–1371.  ELLIS ET AL. *v.* CONSOLIDATED DIESEL ELECTRIC CORP. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 88–1376.  MUSTO ET AL. *v.* AMERICAN GENERAL CORP. ET AL.  C. A. 6th Cir.  Certiorari denied.